**Order entered July 1, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00670-CV

**BM MEDICAL MANAGEMENT SERVICE, LLC, Appellant**

**V.**

**MICHAEL TURNER, Appellee**

**On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-04199**

## ORDER

We **GRANT** appellant's June 30, 2016 unopposed motion for an extension of time to file a brief and extend the time to **JULY 18, 2016**. No further extension will be granted in this accelerated appeal absent extenuating circumstances.

/s/      ELIZABETH LANG-MIERS
          JUSTICE